```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10032
   JAMES A NELSON
   JOYCE A NELSON                                CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-5569      SSN XXX-XX-6816


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/05/07 .

   2.  The case was dismissed without confirmation, 09/21/2007.

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
HOME STAR BANK             CURRENT MORTG         .00          .00            .00
HOME STAR BANK             MORTGAGE ARRE   NOT FILED          .00            .00
NEMANICH CONSULT & MANAG   SECURED         NOT FILED          .00            .00
ASPEN MASTERCARD           UNSECURED       NOT FILED          .00            .00
CACH LLC                   UNSECURED       NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED          .00            .00
CB USA INC                 UNSECURED       NOT FILED          .00            .00
CB USA INC                 UNSECURED       NOT FILED          .00            .00
CHASE MANHATTAN BANK USA   UNSECURED       NOT FILED          .00            .00
CREDITORS COLLECTION BUR   UNSECURED       NOT FILED          .00            .00
DIRECT LOANS               UNSECURED             .00          .00            .00
GEMB/JCP                   UNSECURED       NOT FILED          .00            .00
GEMB/JCP                   UNSECURED       NOT FILED          .00            .00
KEYNOTE CONSULTING INC     UNSECURED       NOT FILED          .00            .00
LHR COLLECTION             UNSECURED       NOT FILED          .00            .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID

LVNV FUNDING               UNSECURED       NOT FILED          .00            .00
LVNV FUNDING               UNSECURED       NOT FILED          .00            .00
MIDLAND CREDIT MGMT        UNSECURED       NOT FILED          .00            .00
MUTUAL HOSPITAL SERVICES   UNSECURED       NOT FILED          .00            .00
NISSAN MOTOR ACCEPTANCE    UNSECURED       NOT FILED          .00            .00
VERIZON WIRELESS           UNSECURED       NOT FILED          .00            .00
WASHINGTON MUTUAL CARD S   UNSECURED       NOT FILED          .00            .00
WELLS FARGO FINANCIAL BA   UNSECURED       NOT FILED          .00            .00
        Summary of disbursements:
------------------------------------------------------------------------
              SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
```

```
TOTAL CLMS ALLOWED            .00          .00          .00          .00          .00
PRINCIPAL PAID                .00          .00          .00          .00          .00
INTEREST PAID                 .00          .00          .00          .00          .00
TOTAL PAID                    .00          .00          .00          .00          .00
```

The Debtor's attorney, THOMAS M BRITT              , was allowed $   2300.00
and was paid $    950.00   direct and $      .00   through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/19/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 07 B 10032 JAMES A NELSON & JOYCE A NELSON